IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| YAHCHANAN CHRISTOPHER REAMES, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) | Case No. 3:14-cv-04592-TLW
| DEPUTIE SHANTE DEMARY and DEPUTIE LEROY C. DURANT, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Plaintiff Yahchanan Christopher Reames, proceeding pro se and in forma pauperis, filed this action pursuant to 42 U.S.C. § 1983 on December 4, 2014. (Doc. #1). Defendants filed a motion for summary judgment on April 13, 2015. (Doc. #30). On April 17, 2015, Plaintiff filed a motion to dismiss, stating that he "would like to drop the suit [he] ha[s] filed . . . ." (Doc. #34). Defendants filed a response in support on April 20, 2015. (Doc. #35).

After careful consideration, Plaintiff's motion to dismiss this action is hereby **GRANTED**, and this action is dismissed without prejudice. (Doc. #34). Defendants' motion for summary judgment is therefore deemed **MOOT**. (Doc. #30).

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

April 24, 2015
Columbia, South Carolina