AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Yahchanan Christopher Reames,<br>*Plaintiff*<br>v.<br>Deputie Shante Demary and<br>Deputie Leroy C. Durant,<br>*Defendants* | )<br>)<br>)  Civil Action No.    3:14-cv-04592-TLW-PJG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Yahchanan Christopher Reames, shall take nothing of the defendants, Deputie Shante Demary and Deputie Leroy C. Durant, as to the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, having granted plaintiff's motion to dismiss without prejudice.

Date:   April 28, 2015                                                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                              s/G. Mills
                                                                                            *Signature of Clerk or Deputy Clerk*